# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND<br>(410) 540-4955<br>Jerry_Woods@ca4.uscourts.gov | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA |

July 30, 2024

Re: 24-6654, John Pendarvis v. Alan Wilson

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter confirms that the mediation conference has been rescheduled for **August 27, 2024 at 10:00 a.m.** EASTERN. Our office will send you the link in a reminder email the day prior to the mediation. You must **provide our office with a direct telephone number for everyone participating in case** of technical difficulties.

Thank you for your assistance in this matter.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies:   Hugh W. Buyck
Gordon Wade Cooper
William Henry Davidson II
Joseph Daniel Dickey Jr.
Frederick Newman Hanna Jr.
Charles Bradley Hutto
Jeffrey Herman Lappin
Andrew Lindemann
Jason Scott Luck
Eugene Matthews

Patrick James McLaughlin
Michael Hart Montgomery
Daniel C. Plyler
Austin Tyler Reed
George Buist Smythe Jr.