FILED: October 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-6654
(2:22-cv-03142-BHH)

———————————

JOHN TRENTON PENDARVIS

Plaintiff - Appellant

v.

ALAN M. WILSON, Attorney General; MARK A. KEEL, Chief of SLED;
HUGH E. WEATHERS, Commissioner of South Carolina Department of
Agriculture; L. C. KNIGHT, Sheriff of Dorchester County Sheriff's Office; W.
JEFFREY YOUNG, Chief Deputy of South Carolina Attorney General's Office;
ROBERT D. COOK, Solicitor General; EMORY SMITH, JR., Deputy Solicitor
General; DAVID S. JONES, Assistant Attorney General; T. STEPHEN LYNCH,
Deputy Attorney General; HARLEY L. KIRKLAND, Assistant Attorney General;
WESLEY VORBERGER, Assistant Attorney General; ROBERT KITTLE,
Communications Director of SCAG; ADAM L. WHITSETT, General Counsel for
SLED; FRANK O'NEAL, Major for SLEDs Narcotics, Alcohol and Vice
services; JASON WELLS, Captain for SLEDs Narcotics division; GLENN
WOOD, Lieutenant for SLED; JOHN NEALE, Agent/employee of SLED;
RHETT HOLDEN, Agent/employee of SLED; ALDEN G. TERRY, General
Counsel for DAG; DEREK M. UNDERWOOD, Assistant Commissioner of
DAGs Consumer Protection Division; J. CLINT LEACH, Assistant
Commissioner of DAGs External Affairs & Economic Development Division;
AARON WOOD, Assistant Commissioner of DAGs Agency Operations Division;
JOHN STOKES, Program Manager of DAGs Consumer Protection Division;
VANESSA ELSALAH, Coordinator of DAGs Hemp Program; BRITTANY
JEFFCOAT, Coordinator in DAGs Consumer Protection Division; EVA
MOORE, Communications Director for DAG; RAY DIXSON, Captain for
DCSO; FRANK THOMPSON, Lieutenant for DCSO; ROBERT KRUTAK,
Deputy Sheriff for DCSO; JONATHAN CALORE, Supervisory agent/employee;

CHARLIE SCRUBBS, Agent/employee with the S.C. Forestry Commission;
WAYNE EADDY, Agent/employee with the S.C. Forestry Commission

    Defendants - Appellees

———————————————

O R D E R

———————————————

The court extends the briefing schedule as follows:

Opening brief due: 12/02/2024

Joint appendix due: 12/02/2024

Response brief due: 01/10/2025

Any reply brief: 21 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk