**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 10, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-6654,    <u>John Pendarvis v. Alan Wilson</u>
                2:22-cv-03142-BHH

TO:    Appellees

BRIEF OR JOINT APPENDIX CORRECTION DUE:  January 15, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[✓] Incorrect event used for SCAG appellee's. Please refile document using
Event: | **BRIEF (formal briefs not under seal)** |.

---

[✓] SCAG appellee's brief is not text-searchable. Please refile brief as a text-searchable PDF.

---

[✓] All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).

Paige L. Ballard, Deputy Clerk
804-916-2702