No. 24-6654

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOHN TRENTON PENDARVIS,
*Plaintiff-Appellant*

v.

ALAN M. WILSON, Attorney General; MARK A. KEEL, Chief of SLED; HUGH E. WEATHERS, Commissioner of South Carolina Department of Agriculture; L. C. KNIGHT, Sheriff of Dorchester County Sheriff's Office; W. JEFFREY YOUNG, Chief Deputy of South Carolina Attorney General's Office; ROBERT D. COOK, Solicitor General; EMORY SMITH, JR., Deputy Solicitor General; DAVID S. JONES, Assistant Attorney General; T. STEPHEN LYNCH, Deputy Attorney General; HARLEY L. KIRKLAND, Assistant Attorney General; WESLEY VORBERGER, Assistant Attorney General; ROBERT KITTLE, Communications Director of SCAG; ADAM L. WHITSETT, General Counsel for SLED; FRANK O'NEAL, Major for SLEDs Narcotics, Alcohol and Vice services; JASON WELLS, Captain for SLEDs Narcotics division; GLENN WOOD, Lieutenant for SLED; JOHN NEALE, Agent/employee of SLED; RHETT HOLDEN, Agent/employee of SLED; ALDEN G. TERRY, General Counsel for DAG; DEREK M. UNDERWOOD, Assistant Commissioner of DAGs Consumer Protection Division; J. CLINT LEACH, Assistant Commissioner of DAGs External Affairs & Economic Development Division; AARON WOOD, Assistant Commissioner of DAGs Agency Operations Division; JOHN STOKES, Program Manager of DAGs Consumer Protection Division; VANESSA ELSALAH, Coordinator of DAGs Hemp Program; BRITTANY JEFFCOAT, Coordinator in DAGs Consumer Protection Division; EVA MOORE, Communications Director for DAG; RAY DIXSON, Captain for DCSO; FRANK THOMPSON, Lieutenant for DCSO; ROBERT KRUTAK, Deputy Sheriff for DCSO; JONATHAN CALORE, Supervisory agent/employee; CHARLIE SCRUBBS, Agent/employee with the S.C. Forestry Commission; WAYNE EADDY, agent/employee with the S.C. Forestry Commission
*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

# APPELLANT'S MOTION TO EXCEED WORD LIMIT

Jason Scott Luck
P.O. Box 47
Bennettsville, SC 29512
843.479.6863
*Counsel for Plaintiff-Appellant*

Patrick James McLaughlin
Wukela Law Firm
P.O. Box 13057
Florence, SC 29504
843.669.5634
*Counsel for Plaintiff-Appellant*

Charles Bradley Hutto
Williams and Williams
P.O. Box 1084
Orangeburg, SC 29116
803.534.5218
*Counsel for Plaintiff-Appellant*

Appellant, pursuant to Local Rule 32(b) (4th Cir.), moves this Court to expand the maximum word count for his Reply Brief from 6,500 to 10,000. Appellant would show the following reasons to grant his request:

1. Appellant will need to file a longer Reply brief to address the additional arguments found in the SCAG Appellees' brief.

2. As allowing separate briefs is "not favored", fairness dictates the Appellant should be allowed to file a longer Reply Brief, which is relief that is likewise "not favored". *See* Local Rule 28(d) (4th Cir.); Local Rule 32(b) (4th Cir.).

Pursuant to Local Rule 27(a) (4th Cir.), the undersigned informed the Appellees' counsel of the intent to file this motion. The Appellees consent to this relief.

*❧ remainder of page intentionally blank ❦*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 01/14/2025 | /s/ Jason Scott Luck |
|  | Jason Scott Luck<br>P.O. Box 47<br>Bennettsville, SC 29512<br>843.479.6863 |
|  | Charles Bradley Hutto<br>Williams and Williams<br>P.O. Box 1084<br>Orangeburg, SC 29116<br>803.534.5218 |
|  | Patrick James McLaughlin<br>Wukela Law Firm<br>P.O. Box 13057<br>Florence, SC 29504<br>843.669.5634 |
|  | *Counsel for Plaintiff-Appellant* |

## CERTIFICATE OF COMPLIANCE

I, the undersigned, certify that this motion, which was prepared using Microsoft Word for Mac, contains less than 5,200 words in 14 point Times New Roman font.

Dated: 01/14/2025                                           /s/ Jason Scott Luck

2