# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654     Caption: John Pendarvis v. Alan Wilson, et al.

Argument Session For Which You Are Scheduled: May 6-9, 2025

Dates You Are Available To Argue in the Session (if any):
None.

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:
None.

Other Relevant Information:
Please see attached.

Party(ies) You Represent:
Appellant John Pendarvis.

02/03/2025                                            /s/ Jason Scott Luck
Date                                                  Counsel Signature

11/29/2021 SCC                             Print to PDF for Filing      Reset Form