**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-6654,   John Pendarvis v. Alan Wilson
                       2:22-cv-03142-BHH

TO:     Appellant
        Appellees

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Paige L. Ballard, Deputy Clerk
804-916-2702