# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654     Caption: John Pendarvis v. Alan Wilson

Argument Session For Which You Are Scheduled: September 9-12, 2025

Dates You Are Available To Argue in the Session (if any):

September 9-12, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None

Other Relevant Information:

Party(ies) You Represent:

Defendants-Appellees Mark A. Keel, Adam L. Whitsett, Frank O'Neal, Jason Wells, Glenn Wood, John Neale, and Rhett Holden

06/12/2025                                           s/ Daniel C. Plyler
Date                                                 Counsel Signature

11/29/2021  SCC