# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654    Caption: John Pendarvis v. Alan Wilson

Argument Session For Which You Are Scheduled: September 9-12

Dates You Are Available To Argue in the Session (if any):

September 11 and 12

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None.

Other Relevant Information:

Party(ies) You Represent:

Jonathan Calore, Wayne Eaddy, and Charlie Scrubbs

06/10/2025                                                    s/ Michael H. Montgomery
Date                                                          Counsel Signature

11/29/2021  SCC