# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654     Caption: John Pendarvis v. Alan Wilson, et al.

Argument Session For Which You Are Scheduled: October 21-24, 2025

Dates You Are Available To Argue in the Session (if any):
October 21-23, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:
None.

Other Relevant Information:

Party(ies) You Represent:
Appellant John Pendarvis

07/21/2025            /s/ Jason Scott Luck
Date                    Counsel Signature

[Print to PDF for Filing]    [Reset Form]

11/29/2021 SCC