# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-6654,   John Pendarvis v. Alan Wilson
               2:22-cv-03142-BHH

TO:    Appellant
       Appellees

RESPONSE DUE: 07/24/2025

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Paige L. Ballard, Deputy Clerk
804-916-2702