# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654     Caption: John Pendarvis v. Alan Wilson

Argument Session For Which You Are Scheduled: October 21-24, 2025

Dates You Are Available To Argue in the Session (if any):

None

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None

Other Relevant Information:

Counsel has a two-week trial to prepare for the following week on October 27, 2025 in Florence County

Party(ies) You Represent:

Appellees Weathers, Terry (Dalton), Underwood, Leach, Wood, Stokes, Elsalah, Jeffcoat, and Moore

07/21/2025                                              s/William H. Davidson, II
Date                                                    Counsel Signature

11/29/2021  SCC