# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6654    Caption: John Pendarvis v. Alan Wilson

---

Argument Session For Which You Are Scheduled: October 21-24, 2025

Dates You Are Available To Argue in the Session (if any):

None

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None.

Other Relevant Information:

Counsel is scheduled to try a case in the South Carolina Court of Common Pleas which was set for the October 20, 2025 by a date certain Scheduling Order.

Party(ies) You Represent:

Jonathan Calore, Wayne Eaddy, and Charloe Scrubbs

---

07/22/2022                                       s/ Michael H. Montgomery
Date                                             Counsel Signature

11/29/2021  SCC