# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **24-6654**        Date of Oral Argument: **12/12/25**

Caption: **Pendarvis v. Wilson, et al.**

Attorney Arguing: **Daniel C. Plyler**

Arguing on Behalf of (party name):
**Appellees Keel, Whitsett, O'Neal, Wells, Wood, Neal, Holden, Weathers, Terry, et al.**

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  → 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  → Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **Daniel C. Plyler**
Phone Number (day of argument): **803-331-3328**
Principal Argument Time: **15**        Rebuttal Argument Time (if any):
(for appellants and appellees)        (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: **Eugene Matthews**
Phone Number (day of argument): **803-260-1324**
Principal Argument Time: **5**        Rebuttal Argument Time (if any):
(for appellants and appellees)        (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Phone Number (day of argument):
Argument Time:        Select one of the following:   ☐ Order allowing argument time
                                                      ☐ Court-Appointed Amicus

Signature: **s/ Daniel C. Plyler**        Date: **10/17/25**

12/01/2024 NA