## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-6654     Date of Oral Argument: 12/12/2025

Caption: John Pendarvis v. Alan Wilson, et al.

Attorney Arguing: Jason Scott Luck

Arguing on Behalf of (party name): John Trenton Pendarvis

Select party type:
☒ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: n/a

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Jason Luck
Phone Number (day of argument): 843.408.6899

Principal Argument Time: 13     Rebuttal Argument Time (if any): 7
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: n/a
Phone Number (day of argument):

Principal Argument Time:     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court: n/a
Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
    ☐ Court-Appointed Amicus

Signature: /s/ Jason Scott Luck     Date: 10/17/2025

[Print to PDF for Filing] [Reset Form]

12/01/2024 NA