FILED: February 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6654
(2:22-cv-03142-BHH)

_____

JOHN TRENTON PENDARVIS

        Plaintiff - Appellant

v.

ALAN M. WILSON, Attorney General; MARK A. KEEL, Chief of SLED;
HUGH E. WEATHERS, Commissioner of South Carolina Department of
Agriculture; L. C. KNIGHT, Sheriff of Dorchester County Sheriff's Office; W.
JEFFREY YOUNG, Chief Deputy of South Carolina Attorney General's Office;
ROBERT D. COOK, Solicitor General; EMORY SMITH, JR., Deputy Solicitor
General; DAVID S. JONES, Assistant Attorney General; T. STEPHEN LYNCH,
Deputy Attorney General; HARLEY L. KIRKLAND, Assistant Attorney General;
WESLEY VORBERGER, Assistant Attorney General; ROBERT KITTLE,
Communications Director of SCAG; ADAM L. WHITSETT, General Counsel for
SLED; FRANK O'NEAL, Major for SLEDs Narcotics, Alcohol and Vice
services; JASON WELLS, Captain for SLEDs Narcotics division; GLENN
WOOD, Lieutenant for SLED; JOHN NEALE, Agent/employee of SLED;
RHETT HOLDEN, Agent/employee of SLED; ALDEN G. TERRY, General
Counsel for DAG; DEREK M. UNDERWOOD, Assistant Commissioner of
DAGs Consumer Protection Division; J. CLINT LEACH, Assistant
Commissioner of DAGs External Affairs & Economic Development Division;
AARON WOOD, Assistant Commissioner of DAGs Agency Operations Division;
JOHN STOKES, Program Manager of DAGs Consumer Protection Division;
VANESSA ELSALAH, Coordinator of DAGs Hemp Program; BRITTANY
JEFFCOAT, Coordinator in DAGs Consumer Protection Division; EVA
MOORE, Communications Director for DAG; RAY DIXSON, Captain for

DCSO; FRANK THOMPSON, Lieutenant for DCSO; ROBERT KRUTAK, Deputy Sheriff for DCSO; JONATHAN CALORE, Supervisory agent/employee; CHARLIE SCRUBBS, Agent/employee with the S.C. Forestry Commission; WAYNE EADDY, Agent/employee with the S.C. Forestry Commission

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK